————, for appellant.

————, for appellee.

---

C. D. McCullom v. Bryan Archer.

**Partnership—Evidence.**

The evidence was held not to show that one was a member of a certain firm.

**Partnership—Estoppel—Burden of Proof.**

Where one seeks to estop another from showing that he was a member of a certain firm, the burden of establishing the estoppel is on the former.

APPEAL FROM JEFFERSON COURT OF COMMON PLEAS.

June 13, 1874.

Opinion by Judge Lindsay:

The evidence shows clearly that appellant was not a member of the firm of McCullom & Co. at the time the debt sued on was contracted.

The circumstances relied on to preclude him from making defense are the entries in the city directory. These entries were made without his knowldge or consent; and he could not correct them, as readily as might have been done, had they been newspaper advertisements, instead of entries in year books. Besides, they did not show him to be a member of the firm of McCullom & Co., but of that of G. M. McCullom & Co. It is immaterial that there was no such firm as that last named.

Appellee seeks to estop appellant from showing the truth, and the onus is upon him to make out the estoppel. We are of the opinion that he utterly failed to do so. The judgment is reversed and cause remanded for a new trial consistent with this opinion.

*A. G. Booth, for appellant.*

*Lee & Rodman, for appellee.*